UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-08379-PD                          Date: April 1, 2026

Title   *Vytal Surgical Institute, Inc. v. Comcast Corporation, et al.*

Present:  The Honorable:  Patricia Donahue, United States Magistrate Judge

| Isabel Verduzco | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:        Attorneys Present for Defendants:

N/A                                                     N/A

**Proceedings (In Chambers):        Order Dismissing Case Without Prejudice [Dkt. No. 19]**

In the Joint Notice of Settlement filed on March 23, 2026, Dkt. No. 19, the parties represent they have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before **May 22, 2026**. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until **May 22, 2026**. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates and deadlines in this action are vacated.

IT IS SO ORDERED.